IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AASIYAH PRESSLEY,**<br><br>    Plaintiff,<br><br>    v.<br><br>**MACK PROPERTY MANAGEMENT, et al.,**<br><br>    Defendants. | **CIVIL ACTION**<br><br>**NO. 25-4817-KSM** |

## ORDER

**AND NOW**, this 20th day of January, 2026, upon consideration of Defendants' motion to dismiss (Doc. No. 28) and Plaintiff's response (Doc. Nos. 23, 29), it is **ORDERED** that Defendants' motion is **GRANTED** for the reasons set forth in the accompanying memorandum. **IT IS FURTHER ORDERED** as follows:

1.  Plaintiff's unjust enrichment claim against Defendant New York Life Insurance Company is **DISMISSED WITH PREJUDICE.**[1]

2.  Plaintiff's claims for breach of contract, fraud/misrepresentation, and duress/coercion against Defendant New York Life Insurance Company are **DISMISSED WITHOUT PREJUDICE.**

---

[1] The Court previously dismissed Pressley's unjust enrichment claim against New York Life Insurance Company with prejudice. *See* 2:24-cv-3169 (E.D. Pa.), Doc. No. 51. The Court does the same here.

3.  Plaintiff's claims for unjust enrichment, breach of contract, fraud/misrepresentation, and duress/coercion against Defendants The Grant Apartments, KRE MREG Cynwyd Owner LLC, and Mack Property Management are **DISMISSED WITHOUT PREJUDICE.**

4.  The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

<u>/s/ Karen Spencer Marston</u><br>
KAREN SPENCER MARSTON, J.